UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMIR H. LITTLE,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX INC., *et al.*,<br><br>        Defendants. | No. 1:22-cv-6541<br><br>**ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court on a Motion for Summary Judgment by Plaintiff Amir H. Little, (ECF No. 60), and a Cross-Motion for Summary Judgment by Defendant Experian Information Solutions, Inc., (ECF No. 61). The Court did not hear oral argument pursuant to Local Rule 78.1. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 16th day of December, 2024,

**ORDERED** that Plaintiff's Motion for Summary Judgment, (ECF No. 60), is **DENIED**; and it is further

**ORDERED** that Defendant's Cross-Motion for Summary Judgment, (ECF No. 61), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail, and it is finally

**ORDERED** that the Clerk of Court is directed to close this case.

**CHRISTINE P. O'HEARN**
**United States District Judge**